169 So. 903

**NATIONAL OPTICAL STORES CO. et al. v. STATE ex rel. F. J. DAY.**

6 Div. 888.

Supreme Court of Alabama.

May 21, 1936.

Coleman, Spain, Stewart & Davies, of Birmingham, for appellants.

Horace C. Wilkinson, of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed for want of prosecution.

171 So. 920

**Alice RITTER et al. v. REALTY MORT-GAGE CO. et al.**

6 Div. 947.

Supreme Court of Alabama.

Dec. 15, 1936.

H. L. Anderton, Ritter, Wynn & Carmichael, and Victor H. Smith, all of Birmingham, for appellants.

Bradley, Baldwin, All & White, of Birmingham, for appellees.

PER CURIAM.

Appeal dismissed by agreement.

169 So. 904

**Susie SAMUELS v. STATE.**

1 Div. 926.

Supreme Court of Alabama.

June 18, 1936.

PER CURIAM.

Appeal withdrawn and dismissed.

171 So. 921

**Ludie SIMS v. Russell SIMS, Ex'r.**

7 Div. 422.

Supreme Court of Alabama.

Dec. 15, 1936.

Culli, Culli & Swann, of Gadsden, for appellant.

McCord & McCord, of Gadsden, for appellee.

PER CURIAM.

Appeal dismissed by agreement.

171 So. 921

**Ex parte E. R. SISK et al.**

8 Div. 745.

Supreme Court of Alabama.

Jan. 12, 1937.

Brickell & Johnston, of Huntsville, for petitioners.

Proctor & Snodgrass, of Scottsboro, for respondent.

PER CURIAM.

Petition dismissed by petitioners.

169 So. 904

**Herman SPEER et al. v. Luella V. SPEER.**

6 Div. 980.

Supreme Court of Alabama.

May 28, 1936.

W. Marvin Scott, of Cullman, for appellants.

H. H. Kinney, of Cullman, for appellee.

PER CURIAM.

Appeal dismissed. Code 1923, § 6079.